**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7396

MARK A. JOHNSON,

Petitioner - Appellant,

versus

THOMAS MCBRIDE, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CA-03-15-3)

Submitted: January 26, 2006      Decided: December 11, 2006

Before LUTTIG,* WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark A. Johnson, Appellant Pro Se. Dawn Ellen Warfield, Jon Rufus Blevins, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

---

*Judge Luttig was a member of the original panel but did not participate in this decision. This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Mark A. Johnson appeals the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the dismissal of Johnson's stun belt issue for the reasons stated by the district court. Johnson v. McBride, No. CA-03-15-3 (N.D. W. Va. Mar. 26, 2006). We previously denied a certificate of appealability and dismissed the appeal as to all other issues. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED